# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK

BRUCE RIFKIN                                                                 700 STEWART STREET
CLERK                                                                  SEATTLE, WASHINGTON 98101

July 31, 2009

Jay Edelson
Michael J. Aschenbrener
Steven Teppler
KamberEdelson, LLC
350 N. LaSalle St., Ste 1300
Chicago, IL 60654

RE:   Justin Gawronski, et al v. Amazon.com, Inc., et al
      C09-1084 JCC

Dear Counsel:

The above case was filed on July 30, 2009 in the U.S. District Court for the Western District of Washington. Upon opening the case, I noticed you were not admitted to practice in this district. Should you wish to participate in this action and be placed on the court docket, please have local counsel submit an application on your behalf for pro hac vice and electronic court filing (ECF). This form can be found on our website www.wawd.uscourts.gov. You should receive your login and password within 24-48 hours after the application is posted in our ECF system.

E-filing procedures are available on our website as well. We also offer a two-hour hands-on training class in e-filing. If you have any questions about the process or e-filing, please call the ECF Help Desk at 1-866-323-9293.

Thank you.


    s/ Paula McNabb
Paula McNabb
Clerk's Office, Intake
Paula_McNabb@wawd.uscourts.gov



cc:   local counsel via ECF