# United States District Court
# Western District of Washington

| Justin Gawronski & A. Bruguier |
|---|

Plaintiff(s)

V.

| Amazon.com, Inc. & Amazon Digital Services, Inc. |
|---|

Defendant(s)

Case Number     09-cv-1084 JCC

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Michael J. Aschenbrener__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

| Plaintiffs |
|---|

The particular need for my appearance and participation is:

| to participate in representing my clients. |
|---|

I, __Michael J. Aschenbrener__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 3, 2009     Signature of Applicant: s/ Michael J. Aschenbrener

| Pro Hac Vice Attorney Applicant's Name: | Michael J. Aschenbrener |
|---|---|
| Law Firm Name: | KamberEdelson, LLC |
| Street Address 1: | 350 N. LaSalle St |
| Address Line 2: | Suite 1300 |
| City: | Chicago |
| State: | Illinois |
| Zip: | 60654 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 312-589-6370 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Michael J. Aschenbrener is unable to be present upon any date assigned by the court.

Date: Aug 3, 2009  Signature of Local Counsel: s/ Clifford A. Cantor, WSBA# 17893

| Local Counsel's Name: | Clifford A. Cantor, WSBA# 17893 |
|---|---|
| Law Firm Name: | Law Offices of Clifford A. Cantor, P.C. |
| Street Address 1: | 627 208th Ave SE |
| Address Line 2: | |
| City: | Sammamish |
| State: | Washington |
| Zip: | 98074-7033 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 425-868-7813 |