THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN GAWRONSKI and A. BRUGUIER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation,<br><br>Defendants. | No. 09-cv-01084-JCC<br><br>NOTICE OF APPEARANCE |

TO:  CLERK OF THE COURT;

AND TO:  COUNSEL OF RECORD

PLEASE TAKE NOTICE that Amazon.com, Inc. and Amazon Digital Services, Inc., hereby enter their appearance in this action through their undersigned counsel, Vanessa Power of Stoel Rives LLP. Amazon.com, Inc. and Amazon Digital Services, Inc. request that all further service, papers, and proceedings in this case, except original process, be served upon their

NOTICE OF APPEARANCE
(09-cv-01084-JCC) - 1

Seattle-3545607.1 0053837-00001

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

Dockets.Justia.com

1  attorney of record, Vanessa Power, at Stoel Rives LLP, 600 University Street, Suite 3600,

2  Seattle, WA 98101.

3

4       DATED: September 3, 2009.
                                         STOEL RIVES LLP
5

6                                        s/ Vanessa Power
                                         Vanessa Soriano Power, WSBA No. 30777
7
                                         STOEL RIVES LLP
8                                        600 University Street, Suite 3600
                                         Seattle, WA  98101
9                                        Telephone: (206) 624-0900
                                         Facsimile: (206) 386-7500
10
                                         Attorneys for Defendants

NOTICE OF APPEARANCE
(09-cv-01084-JCC) - 2