# United States District Court
# Western District of Washington

Plaintiff(s): Justin Gawronski and Antoine Bruguier

V.

Defendant(s): Amazon.com, Inc and Amazon Digital Services, Inc.

Case Number: CV-9-1084 C

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Jeffrey S. Jacobson__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amazon.com, Inc. and Digital Services, Inc., Defendants

The particular need for my appearance and participation is:

Familiarity with the particular issues presented in this action, and Defendants request that my firm and I represent them in the matter.

I, __Jeffrey S. Jacobson__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Sept. 2, 2009

Signature of Applicant: s/ [signature]

| Pro Hac Vice Attorney Applicant's Name: | Jeffrey S. Jacobson |
|---|---|
| Law Firm Name: | Debevoise & Plimpton LLP |
| Street Address 1: | 919 Third Avenue |
| Address Line 2: | |
| City: | New York |
| State: | NY |
| Zip: | 10022 |
| Phone Number w/ Area Code Example: 999-999-9999 | 212-909-6479 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Jeffrey S. Jacobson  is unable to be present upon any date assigned by the court.

Date: 9/2/09       Signature of Local Counsel: s/ *Vanessa Soriano Power*

| Local Counsel's Name: | Vanessa Soriano Power |
|---|---|
| Law Firm Name: | Stoel Rives LLP |
| Street Address 1: | 600 University Street, Suite 3600 |
| Address Line 2: | |
| City: | Seattle |
| State: | WA |
| Zip: | 98101 |
| Phone Number w/ Area Code Example: 999-999-9999 | 206-624-0900 |