# United States District Court
# Western District of Washington

| | |
|---|---|
| Justin Gawronski and Antoine Bruguier<br>Plaintiff(s)<br>v.<br>Amazon.com, Inc. and Amamzon Digital Services, Inc.<br>Defendant(s) | Case Number CV-9-1084 C<br><br>APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Bruce P. Keller__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amazon.com, Inc. and Amazon Digital Services, Inc., Defendants

The particular need for my appearance and participation is:

Familiarity with the particular issues presented in this action, and Defendants request that my firm and I represent them in the matter.

I, __Bruce P. Keller__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Sept. 2, 2009     Signature of Applicant: s/ _Bruce P. K_

Dockets.Justia.com

| Pro Hac Vice Attorney Applicant's Name: | Bruce P. Keller |
|---|---|
| Law Firm Name: | Debevoise & Plimpton, LLP |
| Street Address 1: | 919 Third Avenue |
| Address Line 2: | |
| City: | New York |
| State: | NY |
| Zip: | 10022 |
| Phone Number w/ Area Code Example: 999-999-9999 | 212-909-6118 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant ___Bruce P. Keller___ is unable to be present upon any date assigned by the court.

Date: 9/2/09    Signature of Local Counsel: s/ *Vanessa Soriano Power*

| Local Counsel's Name: | Vanessa Soriano Power |
|---|---|
| Law Firm Name: | Stoel Rives LLP |
| Street Address 1: | 600 University Street, Suite 3600 |
| Address Line 2: | |
| City: | Seattle |
| State: | WA |
| Zip: | 98101 |
| Phone Number w/ Area Code Example: 999-999-9999 | 206-624-0900 |