THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

9                              UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
10                                     AT SEATTLE

11   JUSTIN GAWRONSKI and A.                    No. 09-cv-01084-JCC
     BRUGUIER, individually and on behalf of
     all others similarly situated,            STIPULATION AND [PROPOSED]
12                                              ORDER EXTENDING TIME TO
                            Plaintiffs,         RESPOND TO COMPLAINT
13
              v.
14
     AMAZON.COM, INC., a Delaware
15   corporation, and AMAZON DIGITAL
     SERVICES, INC., a Delaware corporation,
16
                            Defendants.
17

18                                    **STIPULATION**

19           IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

20   counsel, that the time for defendants Amazon.com, Inc. and Amazon Digital Services, Inc. to

21   appear, answer, move or otherwise respond to the Complaint in the above proceeding shall be

22   extended to and including September 30, 2009, unless plaintiffs file an amended complaint in

23   this action before such date, in which case defendants Amazon.com, Inc. and Amazon Digital

24   Services, Inc. shall have 30 days from the date such amended complaint is filed and served to

25   appear, answer, move or otherwise respond.

26

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT   (09-cv-01084-JCC) - 1

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

Seattle-3546021.1 0053837-00048

DocketsJustia.com

1    DATED:  September 3, 2009.

2

3                                    DEBEVOISE & PLIMPTON LLP

4                                    By: s/ Jeffrey S. Jacobson
                                          Jeffrey S. Jacobson (Admitted *Pro Hac Vice*)
5                                          jsjacobs@debevoise.com
                                          919 Third Avenue
6                                          New York, New York  10022
                                          (212) 909-6000/Fax (212) 909-6836
7                                          *Attorney for Amazon.com, Inc. and Amazon
                                          Digital Services, Inc.*
8

9                                    KAMBEREDELSON, LLC

10

11                                   By:  s/ Michael J. Aschenbrener
                                          Michael J. Aschenbrener (Admitted *Pro Hac
12                                        Vice*)
                                          maschenbrener@kamberedelson.com
13                                        350 N. LaSalle Street, Suite 1300
                                          Chicago, Illinois 60654
14                                        (312) 589-6379

15
                                     *Attorneys for Justin Gawronski and A. Bruguier*
16

17                                         **<u>ORDER</u>**

18

19   SO ORDERED this _____ day of September 2009.

20

21                                   _____

22                                   Honorable John C. Coughenour

23

24

25

26

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT   (09-cv-01084-JCC) - 2