THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

| | |
|---|---|
| JUSTIN GAWRONSKI and A. BRUGUIER, individually and on behalf of all others similarly situated, | No. 09-cv-01084-JCC |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation, | |
| Defendants. | |

11

12

13

14

15

16

17

18      I hereby certify that on September 3, 2009, I electronically filed Stipulated Motion and

19   Proposed Order Extending Time to Respond to Complaint with the Clerk of the Court using the

20   CM/ECF system which will send notification of such filing to the following:

21

22   • **Michael J Aschenbrener**
        maschenbrener@kamberedelson.com

23   • **Clifford A Cantor**
        cacantor@comcast.net,cliffcantor@hotmail.com

24   • **Jeffrey S Jacobson**
        jsjacobson@debevoise.com

25   • **Bruce P Keller**
        bpkeller@debevoise.com

26

CERTIFICATE OF SERVICE
(09-cv-01084-JCC) - 1

Seattle-3546199.1 0053837-00048

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

Dockets.Justia.com

1       • **Vanessa Soriano Power**
            vspower@stoel.com,sea_docket@stoel.com,ldlomax@stoel.com
2

3       DATED this 4th day of September, 2009.

4                                                      STOEL RIVES LLP

5
                                                       s/ Vanessa Power
6                                                      Vanessa Soriano Power, WSBA No. 30777

7                                                      STOEL RIVES LLP
                                                       600 University Street, Suite 3600
8                                                      Seattle, WA 98101
                                                       Telephone: (206) 624-0900
9                                                      Facsimile: (206) 386-7500

10                                                     Attorneys for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(09-cv-01084-JCC) - 2