Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN GAWRONSKI and A. BRUGUIER, individually and on behalf of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation,<br><br>Defendants. | C09-1084-JCC<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Having reviewed the parties' stipulated motion to extend the defendants' time to respond to the complaint (Dkt. No. 12),

The Court hereby GRANTS the motion, thereby giving defendants until September 30, 2009, to respond to the complaint in this matter. In the event that plaintiffs file an amended complaint before defendants respond, defendants shall have thirty (30) days from the filing of the amended complaint to respond to the amended complaint.

//

MINUTE ORDER – 1

1 //

2 //

3 DATED this 4th day of September, 2009.

5 BRUCE RIFKIN, Clerk of Court

7 By <u>*/s/ C. Ledesma*</u>
Deputy Clerk

26 MINUTE ORDER – 2