THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN GAWRONSKI and A. BRUGUIER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON DIGITAL SERVICES, INC., a Delaware corporation,<br><br>Defendants. | No. 09-CV-01084-JCC<br><br>STIPULATION OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: September 25, 2009 |

This Stipulation of Settlement ("Stipulation") is made and entered into between Plaintiffs Justin Gawronski and A. Bruguier ("Plaintiffs") and Defendants Amazon.com, Inc. and Amazon Digital Services, Inc. (collectively, "Amazon") (each, a "Party" and, together, the "Parties"), on the terms and conditions set forth below:

WHEREAS, Amazon has sold three models of an electronic reading device — the "Kindle," sold beginning in November 2007, the "Kindle 2," sold beginning in February 2009, and the "Kindle DX," sold beginning in June 2009 (together, the "Devices" and each such device, a "Device") — which allow users to download to, and store on, the Devices digital copies of electronic books and periodicals sold by Amazon from its retail selection within the

STIPULATION OF SETTLEMENT AND
[PROPOSED] ORDER OF DISMISSAL (09-CV-01084-JCC) - 1

"Kindle Books," "Kindle Magazines," and "Kindle Newspapers" sections of its Kindle Store ("Works");

WHEREAS, in June 2009, Amazon received notice and take down demands ("Notice") alleging that certain Works that Amazon had made available for sale to users of the Devices — namely, certain editions of the novels *1984* and *Animal Farm* by the author George Orwell and a compilation containing those novels (together, the "Subject Works") — were infringing;

WHEREAS, upon receiving this Notice, Amazon, among other things (a) refunded all monies paid to it by users of the Devices for the Subject Works and (b) in fewer than 2,000 instances, removed copies of the Subject Works from the Devices to which they had been downloaded by users;

WHEREAS, notwithstanding Amazon's refund of the monies paid by users of the Devices for the Subject Works, Plaintiffs contend that the removal thereof constituted a violation of the Terms of Service ("TOS") subject to which users of the Devices purchased and downloaded copies of the Subject Works;

WHEREAS, Plaintiffs allege that their annotations of the Subject Works are less useful to them without the copies of the Subject Works;

WHEREAS, on July 31, 2009, Plaintiffs commenced this action against Amazon (the "Action"), seeking a declaratory judgment, and alleging violations of 18 U.S.C. § 1030 (the "Computer Fraud and Abuse Act") and R.C.W. § 19.86.010, *et seq.* (the "Washington Consumer Protection Act") and claims for trespass to chattels, conversion and breach of contract;

WHEREAS, on September 3, 2009, Amazon contacted all users whose copies of the Subject Works had been deleted, offering each of them a choice between (1) delivery of a new

STIPULATION OF SETTLEMENT AND
[PROPOSED] ORDER OF DISMISSAL (09-CV-01084-JCC) - 2

Seattle-3550804.1 0053837- 00048

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

copy of the Subject Work(s) previously purchased, at no charge, and (2) receipt of thirty dollars ($30.00) in the form of a check or an Amazon gift card; and

WHEREAS, Plaintiffs, through their counsel, have conducted an investigation of the facts and analyzed the relevant legal issues and, although Plaintiffs and their counsel believe that the claims asserted in the Action have substantial merit, they also have examined the benefits to be obtained under the settlement set forth in this Stipulation, and have considered the risks, costs and delays associated with the continued prosecution of the Action and the likely appeals of any rulings in favor of either Plaintiffs or Amazon;

WHEREAS, based on current circumstances, Plaintiffs believe they would not likely be able to certify classes under Rule 23(b)(3) because of Amazon's offer to fully reimburse affected consumers for all Subject Works previously removed by Amazon from Devices and to restore notes and annotations;

WHEREAS Amazon's undertakings below, the benefits of which will apply not just to Plaintiffs, but also will extend to other users of the Devices, provide substantially all the relief Plaintiffs could have obtained had they pursued class certification pursuant to Federal Rule of Civil Procedure 23(b)(2);

WHEREAS each of the Parties and counsel believes, after fully investigating the facts and analyzing the legal issues, in consideration of all the circumstances and after arms' length settlement negotiations between counsel, that its interests are best served by entering into the settlement set forth in this Stipulation;

NOW, THEREFORE, it is agreed by the undersigned on behalf of Plaintiffs and Amazon that all Claims (as defined below) of Plaintiffs against Amazon be settled, compromised and

STIPULATION OF SETTLEMENT AND
[PROPOSED] ORDER OF DISMISSAL (09-CV-01084-JCC) - 3

Seattle-3550804.1 0053837- 00048

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

released, and that the Action be dismissed with prejudice, without costs to any Party (except as provided below), on the following terms and conditions:

1.     For copies of Works purchased pursuant to TOS granting "the non-exclusive right to keep a permanent copy" of each purchased Work and to "view, use and display [such Works] an unlimited number of times, solely on the [Devices] . . . and solely for [the purchasers'] personal, non-commercial use," Amazon will not remotely delete or modify such Works from Devices purchased and being used in the United States unless (a) the user consents to such deletion or modification; (b) the user requests a refund for the Work or otherwise fails to pay for the Work (e.g., if a credit or debit card issuer declines to remit payment); (c) a judicial or regulatory order requires such deletion or modification; or (d) deletion or modification is reasonably necessary to protect the consumer or the operation of a Device or network through which the Device communicates (*e.g.,* to remove harmful code embedded within a copy of a Work downloaded to a Device).  This paragraph does not apply to (a) applications (whether developed or offered by Amazon or by third parties), software or other code; (b) transient content such as blogs; or (c) content that the publisher intends to be updated and replaced with newer content as newer content becomes available.  With respect to newspaper and magazine subscriptions, nothing in this paragraph prohibits the current operational practice pursuant to which older issues are automatically deleted from the Device to make room for newer issues, absent affirmative action by the Device user to save older issues.

2.     Nothing in the preceding paragraph is intended to preclude any consumer from bringing any claim based on any future act or omission by Amazon.

STIPULATION OF SETTLEMENT AND
[PROPOSED] ORDER OF DISMISSAL (09-CV-01084-JCC) - 4

3. As Amazon offered on September 3, 2009 to users of Devices who purchased a copy of a Subject Work, and from whose Devices Amazon removed the Subject Work, such users may elect to receive the previously purchased Subject Work, at no charge, or, alternatively, to receive a check or an Amazon gift card in the amount of thirty dollars ($30.00). Those who elect to receive the previously purchased Subject Work will have any and all annotations or notes made prior to removal of the Subject Work restored automatically.

4. Amazon will pay Plaintiffs' counsel a fee of $150,000, subject to the understanding that KamberEdelson LLC will donate its portion of that fee to a charitable organization that promotes literacy, children's issues, secondary or post-secondary education, health, or job placement.

5. Other than as set forth herein, Amazon shall not be liable for any fees or expenses of Plaintiffs or Plaintiffs' counsel in connection with the Action.

6. Plaintiffs agree that, to the fullest extent permitted by law, neither this Stipulation nor the fact of it, nor any act performed, nor any statements made publicly or otherwise in responding to concerns raised by Plaintiffs or other users, nor any document negotiated or executed pursuant to or in furtherance of it, is or may be deemed to be or may be used as an admission or concession of, or evidence of any liability or violation of any law by Amazon in any court, administrative agency or other tribunal.

7. As of the date on which the Action is finally dismissed with prejudice and without further action, Plaintiffs, by entry of the Order of Dismissal with Prejudice, fully, completely and generally forever, to the fullest extent permitted by law, release Amazon and all of its subsidiaries, affiliates and joint ventures, and each and all of its and their agents, employees, representatives, predecessors, successors, assigns, shareholders, officers, directors, distributors,

STIPULATION OF SETTLEMENT AND
[PROPOSED] ORDER OF DISMISSAL (09-CV-01084-JCC) - 5

Seattle-3550804.1 0053837- 00048

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

customers, attorneys, insurers, heirs, executors and administrators, from any and all claims, rights, demands, obligations, agreements, contracts, representations, promises, liens, accounts, debts, liabilities, expenses, damages, costs, interest, attorney's fees, judgments, orders, and causes of action of every kind and nature, whether known or unknown, suspected or unsuspected, existing or claimed to exist, legal or equitable, including, but not limited to, all claims for damages and any other form of relief (each a "Claim") arising out of the facts, circumstances and claims alleged in the Action (collectively, the "Released Claims").

8.    Plaintiffs acknowledge that they have read, considered and understand the provisions and significance of Section 1542 of the California Civil Code, and any and all provisions, rights and benefits of any United States federal, state or territorial law, rule or regulation or principle of common law that is similar, equivalent or identical to Section 1542, which presently provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR

Plaintiffs expressly waive any and all rights they have or may have under Section 1542 of the California Civil Code as now worded or hereafter amended, or such similar, equivalent or identical provisions, rights or benefits. In connection with this waiver, Plaintiffs acknowledge being aware that they may hereafter discover Claims presently unknown or unsuspected facts in addition to or different from those which they now know or believe to be true with respect to the Released Claims and that they expressly waive and fully, finally and forever release any known or unknown, suspected or unsuspected, contingent or non-contingent Released Claim.

STIPULATION OF SETTLEMENT AND
[PROPOSED] ORDER OF DISMISSAL (09-CV-01084-JCC) - 6

9. The Parties agree that the United States District Court for the Western District of Washington shall have exclusive jurisdiction over them for all purposes relating to the implementation and effectuation of this Stipulation and all provisions thereof.  Any and all disputes, requests or petitions regarding or arising out of the enforcement, construction, administration or interpretation of the Stipulation must be made, if at all, to that Court by means of commencing an action seeking enforcement of the terms of this Stipulation.  The Court shall retain jurisdiction to resolve disputes arising under this Stipulation until January 1, 2011.

10. This Stipulation contains the entire agreement among the Parties and supersedes any prior agreements or understandings between them.  It shall be construed as if drafted by all the Parties.

11. Having obtained the express permission and consent of their respective clients, the undersigned counsel hereby consent to the terms and conditions set forth above by signing below.  The undersigned signatories represent that they are fully authorized to execute and enter into the terms and conditions of this Stipulation on behalf of the respective persons or entities for whom they have signed it.

12. The terms and conditions of this Stipulation shall be construed and enforced in accordance with, and governed by, the laws of the State of Washington, without regard to any applicable choice of law or conflicts rules.

STIPULATION OF SETTLEMENT AND
[PROPOSED] ORDER OF DISMISSAL (09-CV-01084-JCC) - 7

Seattle-3550804.1 0053837- 00048

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

DATED: September 25, 2009.

KAMBER EDELSON, LLC

/s Michael J. Aschenbrener
Michael J. Aschenbrener
(Admitted *Pro Hac Vice*)
350 North LaSalle Street, Ste. 1300
Chicago, IL 60654
Tel: (312) 589-6379
Email: maschenbrener@kamberedelson.com

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.

/s Clifford A. Cantor
Clifford A. Cantor, WSBA No. 17893
627 208th Avenue S.E.
Sammamish, WA 98074
Tel: (425) 868-7813
Email: cacantor@comcast.net

*Attorneys for Plaintiffs Justin Gawronski and Antoine J. Bruguier*

DEBEVOISE & PLIMPTON LLP

/s Jeffrey S. Jacobson
Jeffrey S. Jacobson (Admitted *Pro Hac Vice*)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Email: jsjacobson@debevoise.com

STOEL RIVES LLP

/s Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
600 University Street, Ste. 3600
Seattle, WA 98101
Tel: (206) 624-0900
Email: vspower@stoel.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon Digital Services, Inc.*

STIPULATION OF SETTLEMENT AND
[PROPOSED] ORDER OF DISMISSAL (09-CV-01084-JCC) - 8

Seattle-3550804.1 0053837- 00048

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*

**ORDER**

Having reviewed the parties' stipulation of settlement,

The Court hereby GRANTS dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated this _____ day of September, 2009.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

DEBEVOISE & PLIMPTON LLP

/s Jeffrey S. Jacobson
Jeffrey S. Jacobson (Admitted *Pro Hac Vice*)
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Email: jsjacobson@debevoise.com

STOEL RIVES LLP

/s Vanessa Soriano Power
Vanessa Soriano Power, WSBA No. 30777
600 University Street, Ste. 3600
Seattle, WA 98101
Tel: (206) 624-0900
Email: vspower@stoel.com

*Attorneys for Defendants Amazon.com, Inc. and Amazon Digital Services, Inc.*

STIPULATION OF SETTLEMENT AND
[PROPOSED] ORDER OF DISMISSAL (09-CV-01084-JCC) - 9

Seattle-3550804.1 0053837- 00048

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone (206) 624-0900*