1

Honorable John C. Coughenour

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9

10    JUSTIN GAWRONSKI and A. BRUGUIER,
      individually and on behalf of all others similarly
11    situated,

12                                                          C09-1084-JCC
                    Plaintiffs,
13                                                          **ORDER OF DISMISSAL**
              v.
14
      AMAZON.COM, INC., a Delaware corporation,
15    and AMAZON DIGITAL SERVICES, INC., a
      Delaware corporation,
16
                    Defendants.
17

18

19

20          This matter comes before the Court on the parties' stipulation of settlement and joint motion for

21    dismissal. (Dkt. No. 15). For the reasons explained below, the Court hereby GRANTS the motion, and

22    DISMISSES this action with prejudice.

23          This matter commenced on July 30, 2009, when Plaintiffs filed a class-action complaint.

24    Plaintiffs never moved to certify a class, however, and this Court never issued an order certifying them

25    as class representatives. Shortly after being served with the complaint, Defendant offered a settlement to

26    ORDER, C09-1084-JCC
      Page 1

1  potential class members that Plaintiffs and their counsel concluded had made class certification an

2  unlikely prospect. (Motion 3 (Dkt. No. 15)). Plaintiffs and Defendant therefore negotiated the agreement

3  now before the Court. (*Id.*).

4         Finding good cause in the joint motion for dismissal and finding no term in the stipulation of

5  settlement that purports to bind any party other than the named parties in this matter,

6         The Court hereby DISMISSES this case with prejudice.

7

8

9                    DATED this 7th day of October, 2009.

10

11  _____

12                    JOHN C. COUGHENOUR
                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26  ORDER, C09-1084-JCC
    Page 2